# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00147-CV

**In re John D. Byram, Appellant**

---

### ORIGINAL PROCEEDING FROM BLANCO COUNTY

---

### M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a). The stay order issued by this Court on March 6, 2013 is lifted.

_____

J. Woodfin Jones, Chief Justice

Before Chief Justice Jones, Justices Goodwin and Field

Filed: March 28, 2013